**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sachin Madaan,<br>Plaintiff<br>-vs-<br>Eric Rokosky, et al.,<br>Defendants. | CV-26-5787-PHX-JFM<br><br>**Order** |

Under consideration is Petitioner's counseled Petition for Writ of Habeas Corpus filed August 18, 2026 (Doc. 1).

Petitioner is a native and citizen of India who entered the United States without inspection on or about November 24, 2022. He was promptly detained, and then released (but not paroled) pending removal, has sought asylum and has remained at liberty with a work permit. On August 11, 2026, Petitioner's commercial truck was stopped at an immigration check station, and Petitioner was detained. Petitioner asserts he has been denied a detention hearing.

In his Petition, Petitioner asserts various constitutional and statutory theories and seeks, *inter alia*: (1) either **release** on his former status, simultaneous return of his papers and personal effects, an injunction against re-detention "absent constitutionally adequate pre-deprivation process and lawful statutory authority", or ordering a **bond hearing** under § 1226(a); and (2) for attorneys fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Respondents have filed a Response (Doc. 9) asserting only: "Respondents do not oppose Petitioner's requested relief for release from custody."

Petitioner has filed a Reply (Doc. 10) seeking only release and return of his documents.

In light of the non-opposition to release, and failure to otherwise challenge the Petition, the Court finds the relief granted herein appropriate.

**IT IS THEREFORE ORDERED:**

(A) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED IN PART** as described herein.

(B) Respondents must **RELEASE** Petitioner within three days of the filing of this Order, subject to the same conditions of release previously imposed on Petitioner.

(C) Respondents must return to Petitioner at the time of release his personal property, including his California Commercial Driver's License, and Employment Authorization Document.

(D) Respondents must file a **NOTICE OF COMPLIANCE** within **three days** of releasing Petitioner, including the particulars of the release (time, conditions, etc.).

(E) Absent a significant change in Petitioner's circumstances, Respondents must not re-detain Petitioner without prior written notice and an opportunity to be heard on the reasons for the re-detention and consideration of bond.

(F) Any pending motions are **DENIED** as moot.

(G) The Clerk of Court must enter **JUDGMENT** in Petitioner's favor and **CLOSE** this case.

Dated: August 25, 2026

26-5787-009o Order 26 08 25 on Petition for Writ of Habeas Corpus.docx

James F. Metcalf
United States Magistrate Judge